✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

3M INNOVATIVE PROPERTIES COMPANY, 3M
COMPANY, AND DYNEON L.L.C.

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  10-821 MJD/SRN

E. I. DU PONT DE NEMOURS AND COMPANY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Parties shall comply with the terms of the Settlement and License Agreement;
2. By consent of the Parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement and License Agreement;
3. Except as provided in paragraphs 1 and 2 above, this case is dismissed with prejudice; and
4. Each Party shall bear its own attorneys' fees and costs.

| December 21, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)                    A. Linner   Deputy Clerk |